Suzy C. Moore, State Bar No. 151502
**Law Offices of Suzy C. Moore**
8411 La Mesa Boulevard
La Mesa, CA 91942
T: (619) 469-9490
F: (619) 469-9419
suzymoore@lawyer.com

Attorney for Plaintiffs
BJ FOSTER and ADAM ELLIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJ FOSTER and ADAM ELLIS,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, JENNIFER MILO, TODD SNEEDEN ANDREA LEONARD, MORAD SHAH, VIRIDIANA DIAZ, ELLEN NEUFELDT, ADAM GORDON, in their individual and official capacities, RENAISSANCE SEARCH AND CONSULTING LLC and DOES 1 through 15, inclusive,<br><br>Defendants. | CASE NO.: 24-cv-1917-LL-SBC<br><br>DECLARATION OF SUZY C. MOORE IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND DATES OF FACTUAL AND EXPERT DISCOVERY |

I, Suzy C. Moore, declare as follows:

1. My name is Suzy C. Moore and I am the Attorney of record in the above entitled action for Plaintiff Rebecca Limon.

2. I make this Declaration in support of the Joint Motion and Stipulation to Extend Date of Factual and Expert Discovery dates. I have personal knowledge of the information set forth in this Declaration based upon my personal experience. If called and sworn as a witness, I could and would testify to the same.

1

3. On May 28, 2025, my paralegal, Debra Giarrusso tripped and fell in my office parking lot at work causing her to sustain a significant head trauma wherein she was immediately taken to the Hospital. Ms. Giarrusso is my only staff member and she was on medical leave through July 7, 2025.

4. On July 7, 2025, when my paralegal returned to work on modified duty, we were tasked with opposing a summary judgment motion in San Diego Superior Court involving a complex whistle blower case entitled Johnson v. SANDAG, Case No. 37-2022-00050113 CU-OE-CTL which was due on August 9, 2025. Additionally, I had other court imposed deadlines including a mediation, and I had to perform all the administrative work in Ms. Giarrusso's absence and because she was on a modified part-time schedule.

5. On August 13, 2025, my paralegal continued to have complications from her injuries from her fall on May 28, 2025, and she was placed on medical leave through September 10, 2025 due to her ongoing worsening health condition. I anticipated that Ms. Giarrusso would be able to return to work, and as such I held her job open. However, on September 10, 2025, Ms. Giarrusso has informed me that she may have to permanently retire due to her disabilities.

6. From September 10, 2025, I have been actively recruiting for a paralegal as well as looking for a position with a firm that I can bring my active cases with me in order to have the necessary support staff. This process is going to take some additional time to coordinate obtaining the support staff required as my case load, including this case, requires more than one person due to the complexities of employment litigation.

7. The parties jointly agree the dates should be moved by at least four (4) months due to good cause, which were out of counsel's control. This request is time sensitive as the discovery cutoff is set for November 25, 2025 and the parties have not been able to participate in the necessary discovery due to the aforementioned reasons.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3      Executed October 10, 2025 at La Mesa, California.

*Suzy Moore*
Suzy C. Moore, Esq.
Attorney for Plaintiffs
BJ Foster and Adam Ellis

DECLARATION OF SUZY C. MOORE IN SUPPORT OF JOINT MOTION AND STIPULATION TO EXTEND DATES