UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BJ FOSTER, et al.,

                         Plaintiffs,

v.

BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, et al.,

                        Defendants.

Case No.:  24-cv-1917-LL-SBC

**ORDER GRANTING IN PART THIRD JOINT MOTION TO EXTEND DATES OF FACTUAL AND EXPERT DISCOVERY AND ALL RELATED DATES [DKT. NO. 44]**

Presently before the Court is a Third Joint Motion to Extend Dates of Factual and Expert Discovery and All Related Dates, in which the parties seek to extend all remaining pretrial dates and deadlines by six months. (Dkt. No. 44.) This matter came on for hearing on February 24, 2026. (Dkt. No. 50.) As discussed on the record, while the Court finds sufficient cause to extend the scheduling order dates, the parties have failed to demonstrate good cause for a six-month continuance of all current dates and deadlines. Accordingly, the parties' joint motion is **GRANTED IN PART** as set forth further below.

///

///

///

1

24-cv-1917-LL-SBC

### I.   BACKGROUND

The Court issued the original scheduling order in this action on December 23, 2024. (Dkt. No. 13.) The schedule required all fact and expert discovery to be completed by September 19, 2025,[1] and included a Pretrial Conference date of February 19, 2026. (*Id.*)

On July 10, 2025, the parties filed a joint motion to continue all scheduling order dates by six months. (Dkt. No. 32.) On July 16, 2025, the Court issued an order granting the joint motion in part. (Dkt. No. 34.) The Court explained, "After considering the parties' motion and conferring with the chambers of the Honorable Linda Lopez, the Court finds that the parties have not provided sufficient cause for a six-month continuance of dates; rather, good cause exists for only a ninety-day continuance." (*Id.*) The amended scheduling order included a fact and expert discovery deadline of December 18, 2025, and a Pretrial Conference date of May 21, 2026. (*Id.*)

On October 10, 2025, the parties filed a second joint motion to continue all scheduling order dates, this time by fifteen weeks. (Dkt. No. 38.) The Court granted the joint motion and issued a second amended scheduling order on October 15, 2025. (Dkt. No. 42.) The revised schedule moved the fact and expert discovery deadline to April 2, 2026, and the Pretrial Conference to September 3, 2026. (*Id.*)

### II.   LEGAL STANDARDS

Parties seeking to modify the scheduling order under Fed. R. Civ. P. 16(b) must demonstrate good cause. Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."); *see also* Dkt. No. 13 at 6 ("The dates and times set forth herein will not be modified except for good cause shown."); *Wietfelt v. Comdata*, Case No.: 21-CV-1684-CAB(WVG), 2022 WL 1493256, at *1 (S.D. Cal. Apr. 7, 2022) (applying good cause standard to joint motion to extend fact discovery deadline). The good cause standard under Rule 16(b) "primarily considers the diligence of the party seeking the

---

[1] The Court provided a unitary fact and expert discovery cutoff in accordance with the parties' request as set forth in their joint discovery plan dated December 6, 2024.

24-cv-1917-LL-SBC

amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "[T]he focus of the inquiry is upon the moving part[ies'] reasons for seeking modification." *Id.*

### III.    DISCUSSION

The parties have faced a number of challenges that have hampered their ability to move the case forward, as described in further detail in the parties' three joint motions to continue scheduling order dates. (*See* Dkt. Nos. 32, 38, 44.) Presently, the parties seek a six-month extension of all remaining deadlines. (Dkt. No. 44.) One basis for the request is that Plaintiffs' counsel Suzy Moore's four supervising attorneys "require additional time to become familiar with the facts and circumstances surrounding the case," and because they began a 6-8 week trial in state court on January 15, 2026, Moore "has not been able to confirm with her new firm the trial calendaring schedule in order to reset for dates certain." (*Id.* at 5.) Additionally, the California State University Defendants expect a "second-level review of . . . approximately 3,600" documents to take several more weeks. (*Id.* at 6.) The first proffered reason for the requested six-month continuance does not demonstrate diligence, and the second proffered reason does not provide a sufficient basis for a continuance of six months.

Based on the Court's familiarity with this matter, including an in-depth discussion of the status of discovery during the Status Conference held on January 20, 2026, (*see* Dkt. No. 43), as well as during the hearing held on February 24, 2026, (Dkt. No. 50), the Court finds a four-month extension of the fact discovery deadline *from today's date*, rather than from the current discovery deadline, will provide a sufficient amount of time for the parties to complete fact discovery in this matter. Additionally, to ensure the orderly and efficient completion of discovery in this case, the Court will bifurcate the fact and expert discovery deadlines.

### IV.    THIRD AMENDED SCHEDULING ORDER

In accordance with the above, the Court hereby issues the following Third Amended Scheduling Order:

24-cv-1917-LL-SBC

| Deadline/Event | Current Deadline/Date | Revised Deadline/Date |
|---|---|---|
| Status Conference (Zoom) | | 5/26/2026 9:30 AM[2] |
| Fact discovery deadline | 4/2/2026 | 6/26/2026 |
| Expert witness disclosures | 2/5/2026 | 7/24/2026 |
| Rebuttal expert disclosures | 3/5/2026 | 8/21/2026 |
| Expert discovery deadline | 4/2/2026 | 9/18/2026 |
| Pretrial motion filing deadline | 4/30/2026 | 10/16/2026 |
| Mandatory Settlement Conference | 6/3/2026 10:00 AM | 11/18/2026 10:00 AM |
| Mandatory Settlement Conference due | 5/27/2026 | 11/10/2026 |
| Pretrial disclosures | 7/30/2026 | 1/14/2027 |
| Memoranda of Contentions of Fact and Law (if required) | 8/6/2026 | 1/21/2027 |
| Meeting of counsel pursuant to Local Rule 16.1(f)(4) (*see* requirements set forth in original scheduling order) | 8/6/2026 | 1/21/2027 |
| Proposed pretrial order due from counsel | 8/13/2026 | 1/28/2027 |
| Proposed pretrial order lodging | 8/20/2026 | 2/4/2027 |
| Final Pretrial Conference | 9/3/2026 10:00 AM | 2/18/2027 10:00 AM |

All other guidelines, deadlines, and requirements remain as previously set. (*See* Dkt. Nos. 13, 34, 42.) Absent significant diligence, efficiency, and progress with discovery, no further extensions will be granted.

**IT IS SO ORDERED**.

Dated:  February 24, 2026

Hon. Steve B. Chu
United States Magistrate Judge

---

[2] Counsel shall participate in the conference by using the same Zoom meeting information used for the January 20, 2026 status conference in this matter.

24-cv-1917-LL-SBC